NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LONNIE GENE WADE, JR.,          )
                                )
              Appellant,        )
                                )
v.                              )          Case No. 2D17-1323
                                )
STATE OF FLORIDA,               )
                                )
              Appellee.         )
                                )
_____ )

Opinion filed May 29, 2019.

Appeal from the Circuit Court for Polk
County; Wayne M. Durden, Judge.

Ita M. Neymotin, Regional Counsel, Second
District, and Joseph Thye Sexton, Assistant
Regional Counsel, Office of Criminal Conflict
and Civil Regional Counsel, Fort Myers, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

        Affirmed.

KELLY, KHOUZAM, and BLACK, JJ., Concur.